IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE A. QUINTERO,

    Petitioner,

v.                              CASE NO. 4:08cv318-RH/CAS

MICHAEL D. CREWS,

    Respondent.

_____/

## ORDER DENYING THE RULE 60(b) MOTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 50, and the objections, ECF No. 51. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant's Rule 60(b) motion, ECF No. 44, is DENIED.

SO ORDERED on August 8, 2013.

                                        s/Robert L. Hinkle
                                        United States District Judge